UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ANTHONY GELBER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WILLITS, et al.,<br><br>    Defendants. | Case No. 23-cv-00681-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on June 20, 2024, the Court orders as follows:

1. Plaintiff intends to stand on his Third Amended Complaint. The motion to dismiss the fourth amended complaint is therefore terminated as moot. (Dkt. No. 69.)

2. Plaintiff's motion to certify Defendants' interlocutory appeal as frivolous is withdrawn. (Dkt. No. 70.)

3. Motion to stay deadlines:
   - Plaintiff's supplemental opposition: July 3, 2024
   - Defendants' supplemental reply: July 17, 2024
   - Hearing on the motion to stay in person: August 8, 2024 at 10:00 a.m. in person.

4. Initial disclosures due July 3, 2024.

5. The parties are referred to a randomly-assigned magistrate judge for settlement conference to occur at a time agreed to by the parties and the magistrate judge.

//

//

//

1   This Order disposes of Docket Nos. 69, 70.

3   **IT IS SO ORDERED.**

4   Dated: June 20, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge